■ In the Matter of MICHAEL MALINOWSKI, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, et al., Respondents. [668 NYS2d 528] —Appeal unanimously dismissed without costs as moot (*see, Matter of Free v Coombe*, 234 AD2d 996). (Appeal from Judgment of Supreme Court, Oneida County, Grow, J.—CPLR art 78.) Present—Pine, J. P., Lawton, Wisner, Callahan and Boehm, JJ.